UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MR. ROBERT L. HILLMAN,**

    **Plaintiff,**

vs.

**FRANKLIN COUNTY PROSECUTOR'S,**
*et al.,*

    **Defendants.**

2:16–cv–96
Judge Watson
Magistrate Judge King

## ORDER

Robert L. Hillman, a state prisoner, seeks to initiate in this Court a criminal prosecution against various participants in his state court criminal proceedings (assistant county prosecutors, a testifying police officer, and the state court trial judge). On February 2, 2016, the United States Magistrate Judge recommended that the action be dismissed. *Report and Recommendation*, ECF No. 2. Although Mr. Hillman was advised of his right to object to the recommendation and of the consequences of his failure to do so, there has been no objection.

This Court agrees with the reasoning of the Magistrate Judge. The *Report and Recommendation*, ECF No. 2, is therefore **ADOPTED AND AFFIRMED.** This action is hereby **DISMISSED.** The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Moreover, the Court concludes that there is no good cause to appeal from the judgment entered in this action.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**